**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 146 MM 2016
:
Respondent :
:
:
:
v. :
:
:
:
PERRY LAMONT WALLACE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**.